# EXHIBIT A



**COOPERATIVE INCORPORATED**

(390 OR - 309)

# APPLICATION

STORE NUMBER __309__

DATE __8/9/91__

I hereby make application for membership with **Central Grocers Coop Inc.** and in doing so, I enclose a certified check in the amount of $ 500⁰⁰ . This check is to cover the cash deposit requirement as established by the Board of Directors of **Central Grocers Coop Inc.** and also the purchase of five (5) shares of capital stock at $100.00 par value each.

[REDACTED]

Check Type of Organization

Corporation ✓  Partnership _____  Single-owner _____

State in which Incorporated __Ill.__  CORP. # 100483

Trading Name of Store: BERKOT'S SUPER FOODS ~~BERKOT FOODS~~

Address of Store: 20005 S WOLF RD

City: MOKENA  State: IL

Zip Code: 60448  County: WILL

Phone Number at Store: 708-479-7411

Names and Home Addresses of ALL Corporate Officers, Partners or owners:

| NAME | ADDRESS | TITLE | PER-CENT OWNED |
|---|---|---|---|
| JOHN KOTARA | 18804 MEADOWVIEW DR. MOKENA | PRES | .50 |
| DOMENIC BERNARDI | 3403-169th CT. LAWN | SEC. | .50 |

Name of Principle Officer or Partner __JOHN KOTARA__

Home Address __18804 MEADOWVIEW DR.   MOKENA IL 60448__

Home Phone Number __708 479 7020__

Name and Address of Accountants: __HANCOCK + Co__
__16800 Chicago Ave    P.O BOX 357   Lansing IL 60438__

Size of Building:

Selling Area __16000__ sq. ft.

Check one:   Own Building _____   Lease Building __✓__

Parking Area (number of cars) __75__

STORE INFORMATION:

Business Telephone Number(s) __708-479-7411__

Store Manager: __JOHN KOTARA__

- Requested Delivery Days:   Grocery __TUE + FRI.   (10:00 AM TO 12:NOON)__

Frozen __MON + THUR.   (EARLY-AM 9:00)__

Produce ~~TUE + THURS + SAT~~
OR
__MON + WED + FRI   (EARLY-AM 8:00)__

Check The Following Programs You Wish To Participate In:

☐ Insurance
☑ Case Labels
☐ Cart Deliveries
☐ Window Posters
☐ Sales Analysis
☑ MSI Ordering System

In addition to the above I (we) do hereby agree to deposit with the Corporation, a sum equal to TWO TIMES my (our) average weekly purchases . . . thus entitling me (us) to one week's credit; and to deposit additional sums of money from time to time, as and when my (our) weekly purchases increase, so as to maintain the ratio of TWO TIMES my (our) weekly purchases.

> I (we) agree to add to my (our) initial cash deposit $_____ weekly, this amount to appear as a charge on my (our) weekly statement and to continue until such time as my (our) deposit is equal to TWO TIMES weekly purchases.

**EXAMPLE:**
Weekly Purchases: $10,000.00
Deposit Requirement: $20,000.00

It is also understood, the ownership of this membership, entitles me (us) to participate in any patronage rebates of **CENTRAL GROCERS COOPERATIVE, INC.** based on my (our) purchases made during life of this membership, according to the By-Laws of said company. Any rebates earned shall be subject without process of law, to being set off or applied at any time against any indebtedness owed by the member stockholder to the Corporation.

Applicant hereby signs and submits this application for membership in **Central Grocers Coop Inc.** as of the date inserted below having thoroughly reviewed the Cooperatives By-Laws and Rules and Regulations. Applicant agrees to comply with and be bound by the By-Laws and Rules and Regulations of **Central Grocers Coop Inc.** as currently in effect and as the same may be amended hereafter.

DATE  _8-9-91_

SIGNED _____

TITLE _____

SIGNED _____

TITLE _____

---

**— OFFICE USE ONLY —**

| Approval: | | |
|---|---|---|
| | ☐ Insurance | **SPECIAL INSTRUCTIONS** |
| | ☐ Case Labels | |
| Representative _____ | ☐ Cart Delivery | Accounting Dept. _____ |
| Cartage/Whse. _____ | ☐ Window Posters | |
| Accounting _____ | ☐ Sales Analysis | Shipping Dept. _____ |
| Board _____ | ☐ MSI Ordering System | |



## CENTRAL GROCERS, INC.

# MEMBERSHIP APPLICATION

☒ Member
☐ Patron
☐ Customer

Store No.: # 317

Date: 7/23/10

SUBMIT MEMBERSHIP APPLICATION TO: CENTRAL GROCERS, INC.
11100 BELMONT AVENUE
FRANKLIN PARK, ILLINOIS 60131

MEMBERSHIP APPLICATION

We are pleased that you are interested in Central Grocers, Inc. becoming your primary supplier. In order to assist us in the consideration of your membership application, you will need to provide *all* the following information about your Company (Applicant), its organizational structure and other items requested in this application. Note that your failure to provide any information requested in this application or any information provided by you that cannot be verified may result in a delay in processing or a decline of your application. Please answer the following items:

1. Please state the full and correct name of your Company/store as registered with the Illinois Secretary of State and any other State in which your Company is qualified to do business:

   **Mom Kot, Ltd**

2. Check the type of entity of applicant:

   **X** Corporation  ___LLC  ___Partnership  ___Sole proprietorship

3. Provide your Federal Employer's Identification Num[REDACTED]

4. Provide your State Business (sales tax) Number(s) IL[REDACTED]
   WI _____
   IN _____

5. State any trade names or "doing business names", whether or not registered with the Secretary of State, that your Company uses and/or owns:

   **Berkot's Super Foods**

6. (a.) The Company or the agent (completing this application) is affiliated with or has an ownership interest in the following (including affiliates and subsidiaries):

   | Name and Address | Type of Operation | Ownership Percentage or Relationship |
   |---|---|---|
   | | | |
   | | | |

   (b.) The Company is <u>owned by</u> the following:

   | Name and Address | Type of Operation | Ownership Percentage or Relationship |
   |---|---|---|
   | Dikot, Ltd | Supermarket | 100% |
   | | | |

7. (a). Our principal place of business and the location at which the Company maintains its accounting books and records is: 20005 Wolf Rd Mokena IL 60448

Street Address: 708.479.7411   City: 708.479.8777   State
Phone Number                    Fax Number

(b). The Company has other places of business and/or maintains inventory or other collateral at the following addresses: 159 Stirling Place Momence IL 60954

Street Address        City        State/Country

Street Address        City        State/Country

Street Address        City        State/Country

8. Provide the following information with respect to the store that you wish to receive deliveries:

Store Name: Berkots Superfoods

Street Address: 159 Stirling Place Momence IL 60954
Street Address    City    State    Zip

Store Phone Number: 815.472.2669

Store Contact Person: Luke Kotara

Size of Store retail selling area: ~~12000~~ 14,150 square feet

Parking Area (no. of parking spaces): _____ spaces

Check one: ___ Own building    X Lease Building

Check the following information with respect to the store that you wish to receive deliveries:
___ Custom Pricing
___ Update Shelf Labels (No Price)
___ Update Shelf Labels (with Price)
___ Chicago Custom Labels

9. Please provide the following information (if additional space is needed, please attach a separate sheet).
(a.) Board of Directors

| Full Name | Title | Home Address | Ownership % |
|---|---|---|---|
| John Kotara | Director | 19400 Hunter Tr Mokena IL | -0- |
| Luke Kotara | Director | 24224 S. Indian Tr Manhattan | 50% |
| Rene Evanik | Director | 19822 Wilshire Ct Mokena | 50% |
| | Director | | |
| | Director | | |

Above Reflects ownership of Parent Co. Dikot, Ltd

(b.) Company Officers/LLC Managers

| Full Name | Title | Home Address | Ownership % |
|---|---|---|---|
| John Kotara | Pres | Same | |
| Luke Kotara | V.P. | Same | 50% |
| Ron Ewanic | Secy / Treas | | 50% |
| | | | |
| | | | |

10. Prompt written notice will be given to Central Grocers, Inc. of any change or amendment with respect to any of the information provided in this application. Until such notice is received by you, Central Grocers, Inc. shall be entitled to rely upon the foregoing in all respects. _____(please initial)

11. Please ATTACH all the following documents of Company to this application:

   ✓ * Articles of Incorporation (or Articles of Organization)
   * Certificate of Good Standing
   * Bank Resolutions
   ✓ * FEIN information
   * Shareholder Agreement re: voting rights

***

This represents an application for membership in Central Grocers, Inc.'s cooperative by the undersigned Company, by and through its authorized agent. If approved by Central Grocers, Inc., this application shall represent Company's membership agreement with the cooperative. In addition to the above, the Company does hereby agree to deposit with Central Grocers, Inc. a sum equal to TWO TIMES (2x) store's average weekly purchases, thus entitling the member to one week's credit. Furthermore, the member agrees to deposit additional sums of money from time to time as and when Company's weekly purchases increase or when balances become due, thereby maintaining the ratio of TWO TIMES (2x) its weekly purchases. If approved, Applicant agrees to pay all weekly statements by Thursday of the following week.

The member agrees that if this application for membership is approved, the Company's membership shall entitle the Company to participate in any patronage rebates of Central Grocers, Inc. based on the Company's purchases made during the of the term of the membership subject to the rules, policies, regulations, and by-laws of Central Grocers, Inc. Any rebates earned shall be subject to, without process of law, being set off or applied at any time against any indebtedness owed by the Company, authorized agent, affiliates of the Company or member stockholder of the Company. If the Company is approved as a "Customer", the Customer will not be entitled to participate in any patronage rebate programs of Central Grocers, Inc.

Company, by and through its authorized agent, hereby signs and submits this application for membership in Central Grocers, Inc. As of the dated executed below, having thoroughly reviewed the Central Grocers, Inc.'s rules, policies, regulations, and by-laws, upon approval of membership, the member further agrees to strictly comply with and be bound by the cooperative rules, policies, regulations, and by-laws as currently in effect and as may be amended from time to time hereinafter. The applicant certifies that all information provided herein is true and accurate.

APPLICANT COMPANY
MomKot, Ltd

✓ By: _____

Its: President

John will fax signed page

S:\0001-250\250\Membership Application.new.doc



Central Grocers, Inc.

# Membership Application

☒ **Member**

☐ **Patron**

**Store Number:** 321

**Name:** Watsekoti Ltd. d/b/a Berkot's Super Foods

**Date:** Nov 26, 2013

**Submit Membership Application To:    Central Grocers, Inc.**
**2600 W. Haven Ave.**
**Joliet, IL 60433**

### Membership Application

We are pleased that you are interested in Central Grocers, Inc. becoming your primary supplier. In order to assist us in the consideration of your membership application, you will need to provide all the following information about your Company (Applicant), its organizational structure and other items requested in this application. Note that your failure to provide any information requested in this application or any information provided by you that cannot be verified may result in a delay in processing or a decline of your application. Please answer the following items:

1. Please state the full and correct name of your Company/Store as registered with the Illinois Secretary of State and any other State in which you Company is qualified to do business.

    _Watsekot, Ltd._

2. Check the type of entity of applicant:

    X Corporation     ___LLC     ___Partnership     ___Sole Proprietorship

3. Provide Federal Employer's Identification (FEIN) [REDACTED]

4. Provide your State Business (sales tax) Number(s) [REDACTED]
    WI _____
    IN _____
    Other _____

5. State any trade names or "doing business names", whether or not registered with the Secretary of Stat. that you Company uses and /or owns:

    _Berkots Super Foods_

6. (A.) The Company or agent (completing this application) is affiliated with or has an ownership interest in the following (including affiliates and subsidiaries):

| Name & Address | Type of Operation | Ownership % or Relationship |
|---|---|---|
| | | |
| | | |

(B.) The Company is <u>owned by</u> the following:

| Name & Address | Type of Operation | Ownership % or Relationship |
|---|---|---|
| Dikoh Ltd. | Parent Company | 100% |
| | | |

2

**7. (A.)** Our principal place of business & the location at which the Company maintains its accounting books & records is:

| 11333 W. 159th St. | Orland Park | IL | 60467 |
|---|---|---|---|
| Street Address | City | State | |

| 708-675-7567 | 708-675-7390 | Courtroe@hotmail.com |
|---|---|---|
| Phone Number | Fax Number | Email Address |

**(B.)** The Company has other places of business and/or maintains inventory or other collateral at the following address:

| Street Address | City | State/Country |
|---|---|---|
| | | |
| | | |
| | | |

**8.** Provide the following information with respect to the store that you wish to receive deliveries:

Store Name: Watsekot, Ltd. d/b/a. Berkot's Super Foods

Street Address: 1152 E. Walnut St.  Watseka  IL  60970
                                    City       State  Zip

Store Phone Number: 815-432-0902

Store Contact Person: Dave Pryzbyla

Size of Store Retail selling area: _____ Square Feet

Parking Area (# of parking spaces): _____ Spaces

Check One: _____ Own Building    _X_ Lease Building

3

9. Please provide the following information (if additional space is needed, please attach a separate sheet).

   (A.) Board of Directors

| Full Name | Title | Home Address | Ownership % |
|---|---|---|---|
|  | Director |  |  |
|  | Director |  |  |
|  | Director |  |  |
|  | Director |  |  |
|  | Director |  |  |
|  | Director |  |  |

   (B.) Company Officers/LLC Managers

| Full Name | Title | Home Address | Ownership % |
|---|---|---|---|
| John Kotara | President | 19400 Hunter Trail Dr. Mokena, IL 60448 | ∅ |
| Lucas Kotara | VP | 12549 Surrey Ct. Mokena, IL 60448 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

10. Prompt written notice will be given to Central Grocers, Inc. of any change or amendment with respect to any of the information provided in this application. Until such notice is received by you, Central Grocers, Inc. shall be entitled to rely upon the foregoing in all respects. __ (please initial)

11. Please ATTACH all the following documents of Company to this application:
    *Articles of Incorporation (or Articles of Organization)
    *Certificate of Good Standing
    *FEIN Information

***

4

   This represents an application for membership in Central Grocers, Inc.'s cooperative by the undersigned Company, by and through its authorized agent. If approved by Central Grocers, the Applicant shall deposit with Central Grocers a sum equal to TWO TIMES (2x) the store's average weekly purchases, thus entitling the member to two week's credit. Furthermore, the member agrees to deposit additional sums of money from time to time as and when Company's weekly purchases increase or when balances become due, thereby maintaining the ratio of TWO TIMES (2x) its weekly purchases. If approved, Applicant agrees to pay all weekly statements when due each Thursday via ACH payment. Upon termination from buying, the deposit is fully refundable to Applicant after all store statement balances are paid in full.

   The Applicant agrees that if this application for membership is approved, the Company's membership shall entitle the Company to participate in any patronage rebates of Central Grocers based on the Company's purchases made during the term of the membership subject to the rules, policies, regulation, & by-laws of Central Grocers, Inc. Any rebates earned shall be subject to, without process of law, being set off or applied at any time against any indebtedness owed by the Company, authorized agent, affiliates of the Company or member stockholder of the Company. If the Company is approved as a "Customer", the Customer will not be entitled to participate in any patronage rebate programs of Central Grocers, Inc.

   Company, by and through its authorized agent, hereby signs and submits this application for membership in Central Grocers, Inc. As of the dated executed below, having thoroughly reviewed the Central Grocers, Inc.'s rules, polices, regulations, and by-laws, upon approval of membership, the member further agrees to strictly comply with and be bound by the cooperative rules, policies, regulations, and by-laws as currently in effect and as may be amended from time to time hereinafter. The Applicant certifies that all information provided herein is true and accurate.

APPLICANT:

Name: _Watseka, Ltd. d/b/a Berkot's Super Foods_

By: _Courtney Roe_

Its: _Accounting Supervisor_

5



**Central Grocers, Inc.**

# Membership Application

☒ **Member**

☐ **Patron**

**Store Number:** 325

**Name:** Aromakot LTD  DBA  Berkot's Super Foods

**Date:** 3/17/14

**Submit Membership Application To:   Central Grocers, Inc.**
**2600 W. Haven Ave.**
**Joliet, IL 60433**

Membership Application

We are pleased that you are interested in Central Grocers, Inc. becoming your primary supplier. In order to assist us in the consideration of your membership application, you will need to provide all the following information about your Company (Applicant), its organizational structure and other items requested in this application. Note that your failure to provide any information requested in this application or any information provided by you that cannot be verified may result in a delay in processing or a decline of your application. Please answer the following items:

1. Please state the full and correct name of your Company/Store as registered with the Illinois Secretary of State and any other State in which you Company is qualified to do business.

   Aromakut, LTD.

2. Check the type of entity of applicant:

   _X_Corporation    ___LLC    ___Partnership    ___Sole Proprietorship

3. Provide Federal Employer's Identification (FEIN): REDACTED

4. Provide your State Business (sales tax) Number(s) 
   WI _____
   IN _____
   Other _____

5. State any trade names or "doing business names", whether or not registered with the Secretary of Stat. that you Company uses and /or owns:

   Berkots Super Food

6. (A.) The Company or agent (completing this application) is affiliated with or has an ownership interest in the following (including affiliates and subsidiaries):

| Name & Address | Type of Operation | Ownership % or Relationship |
|---|---|---|
| | | |
| | | |

(B.) The Company is owned by the following:

| Name & Address | Type of Operation | Ownership % or Relationship |
|---|---|---|
| Dikot, Ltd. | Parent Co. | 100% |

2

7. (A.) Our principal place of business & the location at which the Company maintains its accounting books & records is:

11333 W. 159th St   Orland Park   IL   60467
Street Address / City / State

(708) 675-7567   (708) 675-7390   CourtneyROE@Berkot.net
Phone Number / Fax Number / Email Address

(B.) The Company has other places of business and/or maintains inventory or other collateral at the following address:

_____
Street Address                          City                    State/Country

_____
Street Address                          City                    State/Country

_____
Street Address                          City                    State/Country

8. Provide the following information with respect to the store that you wish to receive deliveries:

Store Name: Berkot's Super Foods

Street Address: 200 S. Bridge St   Aroma Park   IL   60910
                                    City         State   Zip

Store Phone Number: 815-933-4131

Store Contact Person: TBD.

Size of Store Retail selling area: _____ Square Feet

Parking Area (# of parking spaces): _____ Spaces

Check One: ____ Own Building   _X_ Lease Building

3

9. Please provide the following information (if additional space is needed, please attach a separate sheet).

   (A.) Board of Directors

| Full Name | Title | Home Address | Ownership % |
|---|---|---|---|
| | Director | | |
| | Director | | |
| | Director | | |
| | Director | | |
| | Director | | |
| | Director | | |

   (B.) Company Officers/LLC Managers

| Full Name | Title | Home Address | Ownership % |
|---|---|---|---|
| John Kotara | President | 19400 Hunter Trail Dr. Mokena IL. 60448 | 0 |
| Luke Kotara | VP | 12549 Surrey Ct. Mokena IL. 60448 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

10. Prompt written notice will be given to Central Grocers, Inc. of any change or amendment with respect to any of the information provided in this application. Until such notice is received by you, Central Grocers, Inc. shall be entitled to rely upon the foregoing in all respects. JK (please initial)

11. Please ATTACH all the following documents of Company to this application:
    *Articles of Incorporation (or Articles of Organization)
    *Certificate of Good Standing
    *FEIN Information

***************************************************************************************************

4

This represents an application for membership in Central Grocers, Inc.'s cooperative by the undersigned Company, by and through its authorized agent. If approved by Central Grocers, the Applicant shall deposit with Central Grocers a sum equal to TWO TIMES (2x) the store's average weekly purchases, thus entitling the member to two week's credit. Furthermore, the member agrees to deposit additional sums of money from time to time as and when Company's weekly purchases increase or when balances become due, thereby maintaining the ratio of TWO TIMES (2x) its weekly purchases. If approved, Applicant agrees to pay all weekly statements when due each Thursday via ACH payment. Upon termination from buying, the deposit is fully refundable to Applicant after all store statement balances are paid in full.

The Applicant agrees that if this application for membership is approved, the Company's membership shall entitle the Company to participate in any patronage rebates of Central Grocers based on the Company's purchases made during the term of the membership subject to the rules, policies, regulation, & by-laws of Central Grocers, Inc. Any rebates earned shall be subject to, without process of law, being set off or applied at any time against any indebtedness owed by the Company, authorized agent, affiliates of the Company or member stockholder of the Company. If the Company is approved as a "Customer", the Customer will not be entitled to participate in any patronage rebate programs of Central Grocers, Inc.

Company, by and through its authorized agent, hereby signs and submits this application for membership in Central Grocers, Inc. As of the dated executed below, having thoroughly reviewed the Central Grocers, Inc.'s rules, polices, regulations, and by-laws, upon approval of membership, the member further agrees to strictly comply with and be bound by the cooperative rules, policies, regulations, and by-laws as currently in effect and as may be amended from time to time hereinafter. The Applicant certifies that all information provided herein is true and accurate.

**APPLICANT:**

Name: _Aroma Kot, LTD. DBA Berkot's Super Foods_

By: _Derrick Cannon_

Its: _G.M._

5