# EXHIBIT F

# UNPAID RECEIVABLE SCHEDULE

| Defendant | Unpaid Receivables | Purchase Deposits |
|---|---|---|
| Newkot | $125,141.18 | $0.00 |
| Midkot | $128,006.90 | $0.00 |
| Coalkot | $192,737.84 | $0.00 |
| Lockot | $111,203.04 | $0.00 |
| Peokot | $82,697.74 | $0.00 |
| Berkot | $124,434.10 | $0.00 |
| Orkot | $91,272.40 | $0.00 |
| Braidkot | $94,933.84 | $0.00 |
| Alkot | $116,873.70 | $0.00 |
| Momkot | $93,659.33 | $0.00 |
| Westkot | $119,648.13 | $0.00 |
| Dikot | $109,837.36 | $0.00 |
| Watsekot | $73,879.04 | $0.00 |
| Wilkot | $103,440.29 | $0.00 |
| Aromakot | $53,845.22 | $0.00 |
| Total | $1,621,610.11 | $0.00 |